UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RICHARD ALLEN SCHATZ, JR.,

    Petitioner,

    v.

LARRY TAYLOR

    Respondent.

NO. CV-07-5050-EFS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**BEFORE THE COURT** for resolution is Magistrate Judge Cynthia Imbrogno's Report and Recommendation to Dismiss Habeas Petition (Ct. Rec. 6), entered on February 14, 2008, recommending that Plaintiff's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Ct. Rec. 5) be dismissed without prejudice. No objections have been filed. After review, the Court adopts Magistrate Judge Imbrogno's Report and Recommendation in its entirety.

ORDER ~ 1

1    Accordingly, **IT IS HEREBY ORDERED:** The Report and Recommendation to
2 Dismiss Habeas Petition **(Ct. Rec. 5)** is **ADOPTED in its entirety.**
3    **IT IS SO ORDERED.** The District Court Executive is directed to enter
4 this Order, forward a copy to Plaintiff, and close the file.
5    **DATED** this ____7th____ day of March 2008.
6
7                         S/ Edward F. Shea
                          EDWARD F. SHEA
8                    United States District Judge

9 Q:\Civil\2007\5050.Adopt.RR.wpd

ORDER ~ 2